STATE OF CONNECTICUT *v.* JOEL THERON
PHILLIPS

The defendant's petition for certification for appeal from the Appellate Court (AC 19937) is denied.

*Richard C. Marquette,* special public defender, in support of the petition.

Decided February 2, 2000

THADDEUS TAYLOR *v.* STATE BOARD OF
MEDIATION AND ARBITRATION

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 550 (AC 17436), is denied.

KATZ and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Thaddeus Taylor,* pro se, in support of the petition.

*Richard A. Sponzo,* assistant attorney general, in opposition.